PROB 35                                                                        Report and Order Terminating Supervision
(Rev 3/93)                                                        Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                               Crim. No. 4:03-CR-41-1H

CURTIS BEAMON

      On Friday, October 24, 2008, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                                  Respectfully submitted,

                                                                  /s/ Dwayne K. Benfield
                                                                  Dwayne K. Benfield
                                                                  Senior U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **26** day of **October**, 2011.

                                                                  Malcolm J. Howard
                                                                  Senior U.S. District Judge